# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ALAN M. SCHLOTTMANN, | 2:12-cv -00692-JCM-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| THE STATE OF NEVADA, EX. REL BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, *et al.,* | |
| Defendants. | |

Before the Court is the Stipulated Discovery Plan and Scheduling Order (#13).

IT IS HEREBY ORDERED that the discovery stay requested in the Stipulated Discovery Plan and Scheduling Order (#13) is DENIED.

IT IS FURTHER ORDERED that the parties shall file a Discovery Plan and Scheduling Order on or before Friday, August 17, 2012.

DATED this 18th day of July, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE