ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
elda.sidhu@unlv.edu
debra.pieruschka@unlv.edu

*Attorneys for The State of Nevada, ex rel.
Board of Regents of the Nevada System of
Higher Education, on behalf of the University
of Nevada, Las Vegas*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALAN M. SCHLOTTMANN;<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA, Ex. Rel. its BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS, a Political Subdivision of the State of Nevada; DOE EMPLOYEE(S)/AGENT(S) I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-00692-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICIE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Alan M. Schlottmann and Defendant The State of Nevada, Ex. Rel. , its Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("UNLV"), by and through their undersigned counsel of record, hereby agree and stipulate that the above-entitled case

. . .

. . .

shall be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Date: November 29, 2012.                                            Date: November 29, 2012.

By: /S/ Debra L. Pieruschka, Esq.                    By: /S/ Christian Gabroy, Esq.
ELDA M. SIDHU                                                   CHRISTIAN GABROY
General Counsel                                                    Nevada Bar No. 8805
Nevada Bar No. 007799                                         GABROY LAW OFFICES
DEBRA L. PIERUSCHKA                                     The District at Green Valley Ranch
Assistant General Counsel                                     170 Green Valley Parkway
Nevada Bar No. 010185                                        Suite 280
UNIVERSITY OF NEVADA, LAS VEGAS           Las Vegas, Nevada 89012
4505 S. Maryland Parkway, Box 451085               *Attorneys for Plaintiff*
Las Vegas, Nevada 89154
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED** that the above-entitled case be dismissed with prejudice.

Dated: November 29, 2012.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

By: /S/ Debra L. Pieruschka, Esq
ELDA M. SIDHU
General Counsel
Nevada Bar No. 007799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 010185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
*Attorneys for Defendants*

S:\General Counsel\LITIGATION FILES\Schlottmann, Alan\Pleadings\Pleadings - Draft\2012-11-15 Stip and Ord to Dismiss w Prejudice.docx

2